AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 FEB 13 AM 10: 18

CLERK
BY _TMC_
DEPUTY CLERK

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| Geto Kvec | Case No. 2:25-mj-19-1 |
| | USM No. 60482-511 |
| | Steven Barth Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   Complaint

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1325(a)(1) | Knowingly entered or attempted to enter the United States at any time or place other than as designated by immigration officers. | 2/10/2025 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on motion of the United States

**IMPRISONMENT**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
   Time Served.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| **Total:** | $ remitted | $ 0 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: _____

City and State of Defendant's Residence: _____

02/11/2025
Date of Imposition of Judgment

_Kevin J. Doyle_
Signature of Judge

Kevin J. Doyle, U.S. Magistrate Judge
Name and Title of Judge

2/13/25
Date

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: 2/13/25